**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig Thompson, ) | No. CV-10-1885-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Streetsmart, Inc., a Delaware corporation; ) Dave Batt, an Illinois resident, ) | |
| Defendants. ) | |

The Court has twice ordered Plaintiff's counsel to use proper capitalization in the caption of this case as required by LRCiv.7.1(a)(3). (Docs. 5, 10) The Court has also explained why compliance with the Local Rules is required and even forewarned Plaintiff "that future violations of LRCiv.7.1(a)(3) will likely result in the striking of such a non-conforming pleading or motion." (Docs. 10 at 1-2) Plaintiff's Motion for Default Judgment and Request for Hearing, Memorandum of Points and Authorities etc., Request and Affidavit for Entry of Default Judgement etc., and Proposed Order Granting Default Judgment, docs. 11-14, violate the District of Arizona's Local Rules.

The Ninth Circuit has recently "explain[ed], yet again, the importance of following a district court's local rules. 'District courts have broad discretion in interpreting and applying their local rules.'" *Simmons v. Navajo County*, ___ F.3d ___, 2010 WL 2509181, * 3 (9th Cir. 2010) (quoting *Miranda v. S. Pac. Transp. Co.*, 710 F.2d 516, 521 (9th Cir. 1983)). Local rules have "the force of law." *Hollingsworth v. Perry*, ___ U.S. ___, 130

1  S.Ct. 705, 710 (2010) (quoting. *Weil v. Neary*, 278 U.S. 160, 169 (1929)). They "are binding
2  upon the parties and upon the court, and a departure from local rules that affects substantial
3  rights requires reversal." *Professional Programs Group v. Department of Commerce*, 29 F.3d
4  1349, 1353 (9th Cir. 1994) (internal quotation marks omitted).

5  On the Court's own motion,

6  **IT IS ORDERED** that Plaintiff's Motion for Default Judgment and Request
7  for Hearing, Memorandum of Points and Authorities etc., Request and Affidavit for Entry
8  of Default Judgement etc. and Proposed Order Granting Default Judgment, docs. 11-14, are
9  hereby **STRICKEN** without prejudice.

10  Dated this 22nd day of October, 2010.

Lawrence O. Anderson
United States Magistrate Judge

- 2 -